# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Phenomenex Inc | 11/30/2022 | Wire | $ 5,580.73 |
| Akorn Operating Company, LLC | Phenomenex Inc | 1/6/2023 | Wire | $ 16,671.59 |
| Akorn Operating Company, LLC | Phenomenex Inc | 1/13/2023 | Wire | $ 3,376.05 |
| Akorn Operating Company, LLC | Phenomenex Inc | 2/1/2023 | Wire | $ 6,497.39 |
| Akorn Operating Company, LLC | Phenomenex Inc | 2/14/2023 | Wire | $ 960.94 |
| | | | | $ 33,086.70 |